UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENCOVA INSURANCE

vs.

Case No. 2:21-cv-11982
Hon. Mark A. Goldsmith

WEST BEND MUTUAL INSURANCE,

    Defendant.
_____/

## JUDGMENT

Pursuant to the Opinion and Order of March 30, 2023 granting Encova Insurance's Motion for Summary Judgment and the Opinion and Order of March 29, 2024 granting in part and denying in part Encova Insurance's Motion for Summary Judgment on Damages, and the Court being otherwise advised in this matter;

JUDGMENT is hereby entered in favor of Encova Insurance and against West Bend Mutual Insurance as follows: principal amount of Nine Hundred Fifty-Six Thousand, Nine Hundred and Ninety-Two Dollars ($956,992.00); prejudgment interest under M.C.L § 600.6013(8) through March 29, 2024, in the amount of Ninety-Three Thousand Seven Hundred Sixty-Nine and 26/100 Dollars ($93,769.26); for a Total Judgment of One Million Fifty Thousand Seven Hundred Sixty-One and 26/100 Dollars ($1,050,761.26).

1

Additional interest shall accrue on this Judgment in accordance with prevailing law until such Judgment is paid in full.

This Judgment constitutes a full and final adjudication of Encova Insurance's Complaint against West Bend Mutual Insurance.

This is a final order and closes the case.

IT IS SO ORDERED.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                                By:    s/Karri Sandusky
                                            DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2024

APPROVED AS TO FORM ONLY:

/s/Joseph R. Conte                    /s/Frederick C. Overdier
Joseph R. Conte (P39209)           Frederic C. Overdier (P40684)
Attorney for Plaintiff                    Attorney for Defendant
1450 W. Long Lake Rd., Suite 350    4301 Fashion Square Blvd.
Troy, MI 48098                          Saginaw, MI 48603
248-641-7600; fax: 248-641-0222    989-498-2100; fax: 989-799-4666
jconte@garanlucow.com               freove@braunkendrick.com

                                            /s/Josephine A. DeLorenzo

Josephine A. DeLorenzo (P72170)<br>
Attorney for Defendant<br>
38505 Woodward Ave., Suite 100<br>
Bloomfield Hills, MI 48304<br>
313-983-4338/ fax: 248-901-4031<br>
jdelorenzo@plunkettcooney.com